IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMINENT MORTGAGE CAPITAL, INC., ET AL. | : : : | CIVIL ACTION |
| v. | : : | NO. 07-5423 |
| MERRILL LYNCH & CO., ET AL. | : | |

## ORDER

AND NOW, this   20th   day of August, 2009, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 13), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and the Amended Complaint is DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.