IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMINENT MORTGAGE CAPITAL, INC., ET AL., | CIVIL ACTION |
| v. | NO. 07-5423 |
| MERRILL LYNCH & CO., ET AL. | |

## NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Plaintiffs Cobalt Holdings Group LLC f/k/a Luminent Mortgage Capital, Inc. and Mercury Mortgage Finance Statutory Trust in the above named case hereby appeal to the United States Court of Appeals for the Third Circuit from the *Order* [Docket No. 31] (the "Order") entered on August 20, 2009 by the Hon. R. Barclay Surrick of the District Court for the Eastern District of Pennsylvania, granting the *Motion to Dismiss the Amended Complaint* [Docket No. 13], filed by Defendants Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Holdings, Inc., and Merrill Lynch Mortgage Investors Trust, Series 2005-A6. A copy of the Order is annexed hereto as Exhibit A.

The names of all parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
|---|---|
| Appellants | |
| Luminent Mortgage Capital, Inc. and Mercury Mortgage Finance Statutory Trust | Alan E. Denenberg Abramson & Denenberg, P.C. 1315 Walnut Street, 12th Floor Philadelphia, Pennsylvania 19107 (215) 546-1345 |

<u>Appellees</u>

Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated; Merrill Lynch Mortgage Investors, Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Holdings, Inc., and Merrill Lynch Mortgage Investors Trust, Series 2005-A6

Jay B. Kasner
Skadden, Arps, Slate, Meagher and Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2628

Paul J. Lockwood
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3210

Marc J. Sonnenfeld
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5572

Jill Baisinger
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5251

Karen Pieslak Pohlmann
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5740

Dated: October 19, 2009

<u>S/ Alan Denenberg</u>
Alan E. Denenberg
ABRAMSON & DENENBERG P.C.
1315 Walnut Street, 12th Floor
Philadelphia, Pennsylvania 19107
(215) 546 - 1345

*Attorneys for Cobalt Holdings Group LLC f/k/a Luminent Mortgage Capital, Inc. and Mercury Mortgage Finance Statutory Trust*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMINENT MORTGAGE CAPITAL, INC., ET AL. | : : : | CIVIL ACTION |
| v. | : : | NO. 07-5423 |
| MERRILL LYNCH & CO., ET AL. | : : | |

## ORDER

AND NOW, this ___20th___ day of August, 2009, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 13), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED and the Amended Complaint is DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMINENT MORTGAGE CAPITAL, INC., ET AL., | : CIVIL ACTION |
| v. | : NO. 07-5423 |
| MERRILL LYNCH & CO., ET AL. | : |

## CERTIFICATE OF SERVICE

I, Alan Denenberg, Esquire, hereby certify that on October 19, 2009, I served a true and correct copy of Plaintiff's Notice of Appeal in the above captioned case electronically via the court's PACER filing system and via First Class Mail, postage prepaid on the following:

Skadden, Arps, Slate, Meagher and
Flom LLP
Four Times Square
New York, New York 10036
(212) 735-2628

Paul J. Lockwood
Skadden, Arps, Slate, Meagher &
Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3210

Marc J. Sonnenfeld
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5572

Jill Baisinger
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5251

3

Karen Pieslak Pohlmann
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
(215) 963-5740


Date: October 19, 2009                                  S/ Alan Denenberg
                                                    ALAN DENENBERG, ESQUIRE

4