IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Luminent Mortgage Capital Inc., et al

vs.

Merrill Lynch & co., et al

07-5423
District Court Docket Number

Notice of Appeal Filed 10/19/2009
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _X_ Paid __ Not Paid   __ Seaman
    Docket Fee       _X_ Paid __ Not Paid   __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

CC: A. Denenberg, M. Petrella, S. O'shea
    J. Altschuler, J. Kasner
    M. Sonnenfeld, J. Baisinger, K. Pohlmann,
    P. Lockwood, USCA

Defendant's Address (for criminal appeals)

Prepared by : _____  10/20/09
    Thomas Giambrone, Deputy Clerk

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm